# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DARREN L. McCOY,<br> *Petitioner*,<br>vs.<br>BRIAN WILLIAMS, *et al.*,<br> *Respondents*. | 2:17-cv-01881-JAD-GWF<br><br>**ORDER DENYING IFP APPLICATION**<br><br>[ECF No. 3] |

  Petitioner has submitted a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 (ECF No. 1-1) and filed an application to proceed *in forma pauperis* (ECF No. 3). The court finds that petitioner is able to pay the full filing fee of five dollars ($5.00).

  IT IS THEREFORE ORDERED that the application to proceed *in forma pauperis* **(ECF No. 3) is DENIED. Petitioner has until September 1, 2017, to have the $5.00 filing fee sent to the clerk of the court**; he must attach a copy of this order to the check. Failure to comply will result in the dismissal of this action.

  The clerk of the court is directed to SEND petitioner two copies of this order so that he may retain one for his records and arrange to have the other copy attached to his $5.00 check.

  DATED: August 3, 2017

                    _____
                    UNITED STATES DISTRICT JUDGE