# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Darren L. McCoy,<br><br>　　　　Petitioner<br><br>v.<br><br>Brian E. Williams, et al.,<br><br>　　　　Respondents | 2:17-cv-01881-JAD-GWF<br><br>**Order**<br><br>[ECF No. 11] |

Pro se petitioner Darren L. McCoy petitions for a writ of habeas corpus to challenge his state-court conviction for robbery with the use of a deadly weapon. I screened that petition and gave the respondents until December 19, 2017, to respond to it.[1] Counsel for respondents moves to extend that deadline by 30 days, and its motion to dismiss—filed on January 16, 2018—would be timely under that extended deadline.[2] I find that respondents have shown good cause for this extension of time, and I grant the request.

Accordingly, IT IS HEREBY ORDERED that the Motion for Enlargement of Time to File Response to Petition for Writ of Habeas Corpus **[ECF No. 11] is GRANTED** nunc pro tunc to December 19, 2017. The January 16, 2018, motion to dismiss [ECF No. 12] is deemed timely filed.

DATED: January 24, 2018

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　U.S. District Judge Jennifer A. Dorsey

---

[1] ECF No. 6.

[2] Although counsel requested until January 15th, that was a federal holiday.